```
FILED
October 2, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN DAVIS, ) <br> ) <br> Defendant. ) | Case No. 2:14MJ00220-AC <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN DAVIS__ , Case No. __2:14MJ00220-AC__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __   Release on Personal Recognizance

    __  __   Bail Posted in the Sum of $_____

        __  __   Unsecured Appearance Bond

        __  __   Appearance Bond with 10% Deposit

        __  __   Appearance Bond with Surety

        __  __   Corporate Surety Bail Bond

    __ ✔ __   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 2, 2014__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court