DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOHN DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-mj-00220-AC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE** |
| vs. | |
| JOHN DAVIS, | |
| Defendant. | |

IT IS STIPULATED between the United States, through their attorneys of record, Assistant U. S. Attorney Christiaan Highsmith and defendant, John Davis, through his attorney, David W. Dratman, at the request of U.S. Pretrial Services Officer Taifa Gaskins, that the special conditions of release be amended to delete conditions 12 and 13:

> 12) You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include your enrollment into a voice identification software, and the availability of a residential telephone line installed and maintained at your own expense. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13) CURFEW: You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

Dated:  November 12, 2014      BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY
                                By: /s/ Christiaan Highsmith*
                                  CHRISTIAAN HIGHSMITH
                                  Assistant U.S. Attorney
                                  *Signed with permission

Dated: November 12, 2014        /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                JOHN DAVIS

## ORDER

It is so ordered.

Dated:  November 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED]  ORDER TO AMEND CONDITIONS OF RELEASE**                2