BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00220 AC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUSION OF TIME** |
| v. | |
| JOHN DAVIS, | **[18 U.S.C. § 3161]** |
| Defendant. | |

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christiaan

Highsmith, counsel for the plaintiff United States of America, and defendant John Davis, by and

through his counsel John Manning, Esq., that good cause exists to extend the preliminary hearing

currently set for January 6, 2015, at 2:00 p.m. to February 26, 2015, at 2:00 p.m. pursuant to Federal

Rule of Criminal Procedure 5.1(d).

        Good cause exists to extend the time for the preliminary hearing within meaning of Rule

5.1(d) because additional discovery has been provided to the defense and counsel for defendant will

need time to review the materials and advise his client with respect to his options with respect to pre-

indictment resolution or preparing the matter for trial post-indictment.  As a result, the defendant

agrees that a continuance of the preliminary hearing date will not prejudice him as it will allow his

counsel the opportunity to understand the nature and scope of the evidence in this case in order to

prepare an effective defense, as well as to discuss pre-indictment resolution.  Defendant is in custody.

Counsel further stipulate that an exclusion of time from January 6, 2015, to February 26, 2015, is appropriate under the Speedy Trial Act because the United States has provided pre-indictment discovery and defense counsel will need time to review that discovery.  As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, time should be excluded from computation under the Speedy Trial under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).


DATED:  December 30, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Christiaan Highsmith
                                             CHRISTIAAN H. HIGHSMITH
                                             Assistant U.S. Attorney


DATED: December 30, 2014

                                             /s/ Christiaan Highsmith for
                                             JOHN MANNING, Esq.
                                             Counsel for defendant JOHN DAVIS

1

### **<u>ORDER</u>**

2          Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY

3     ORDERED that:

4          1.      The Court finds good cause to extend the Preliminary Hearing currently set for

5     January 6, 2015, at 2:00 p.m. to February 26, 2015, at 2:00 p.m., before the Duty Magistrate

6     pursuant to Federal Rule of Criminal Procedure 5.1(d); and

7          2.      Based upon the above representations and stipulation of the parties, the Court further

8     finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy

9     trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 26, 2015,

10    pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

11         IT IS SO ORDERED.

12    Dated:  December 30, 2014

13

14                                              _____

15    Dad1.crim                                 DALE A. DROZD
      Davis0220.stipo.cont.px                   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time