JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOHN DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:14 MJ 00220 AC |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUSION OF TIME |
| v. | |
| JOHN DAVIS, | ) [18 U.S.C. § 3161] |
| Defendant. | ) |

    The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant John Davis, John R. Manning, Esq., hereby stipulate that good cause exists to extend the preliminary hearing currently set for February 26, 2015, at 2:00 p.m. to March 26, 2015, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense, which includes approximately 450 pages, four CDs of audio and photographs, one CD of bank documents, and one CD of cell phone contents. Counsel for the defense needs additional time to review the materials, meet with

the defendant to review the materials, and discuss with the defendant his options with respect to pre-indictment resolution or preparing the matter for trial post-indictment.  As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him as it will allow his counsel the opportunity to understand the nature and scope of the evidence in this case in order to prepare an effective defense, as well as to discuss pre-indictment resolution.

Counsel further stipulate that an exclusion of time from February 26, 2015, to March 26, 2015, is appropriate under the Speedy Trial Act because the United States has provided pre-indictment discovery and defense counsel needs additional time to review that discovery.  As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time and outweigh the defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, time should be excluded from computation under the Speedy Trial under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

IT IS SO STIPULATED.

Dated:  February 11, 2015          /s/  John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   John Davis

Dated:  February 12, 2015          Benjamin B. Wagner
                                   United States Attorney

                             by:   /s/ Christiaan Highsmith
                                   CHRISTIAAN HIGHSMITH
                                   Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  February 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE