JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOHN DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DAVIS,<br><br>　　　　Defendant. | No. CR-S-15-062-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [FINDINGS AND ORDER<br><br>Date:　October 23, 2015<br>Time:　9:00 a.m.<br>Judge:　Honorable Garland E. Burrell, Jr. |

　　　　The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant John Davis, John R. Manning, Esq., hereby stipulate the following:

　　1.　By previous order, this matter was set for status conference on August 7, 2015.

　　2.　By this stipulation, the defendant now moves to continue the status conference until October 23, 2015 and to exclude time between August 7, 2015 and October 23, 2015 under the Local CodeT-4 (to allow defense counsel time to prepare).

　　3.　The parties agree and stipulate, and request the Court find the following:

1

a. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

b. Currently the discovery in this case includes 450 pages of written discovery; four CD's of audio recordings containing several hours of recorded conversations; dozens of photographs; and the contents of several cell phones.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 7, 2015 to October 23, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 4, 2015               /s/  John R. Manning
                                                                                 JOHN R. MANNING
                                                                                 Attorney for Defendant
                                                                                 John Davis

Dated:  August 4, 2015               Benjamin B. Wagner
                                                                                 United States Attorney

                                      by:     /s/  Christiaan Highsmith
                                                                    CHRISTIAAN HIGHSMITH
                                                                  Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge