JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOHN DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DAVIS,<br><br>　　　　Defendant. | No. CR-S-15-062-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING<br><br>Date:　February 19, 2016<br>Time:　9:00 a.m.<br>Judge:　Honorable Garland E. Burrell, Jr. |

　　　　The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for January 8, 2016.  Counsel for the parties request the date for judgment and sentencing be continued to February 19, 2016 at 9:00 a.m.  Assistant U.S. Attorney Christiaan Highsmith and United States Probation have been advised of this request and have no objection.  The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**　　　　　　　　　　　　**2/19/16**

Reply, or Statement of Non-Opposition:　　　　　　　　　2/12/16

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:　　2/5/16

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/29/16 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/22/16 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/8/16 |

IT IS SO STIPULATED.

Dated: November 9, 2015                    /s/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           John Davis


Dated: November 9, 2015                    Benjamin B. Wagner
                                           United States Attorney

                                    by:    /s/ Christiaan Highsmith
                                           CHRISTIAAN HIGHSMITH
                                           Assistant U.S. Attorney

**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: November 9, 2015

                                           _____
                                           GARLAND E. BURRELL, JR.
                                           Senior United States District Judge