JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOHN DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-15-062-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING JUDGMENT |
| v. | ) | SENTENCING |
| | ) | |
| JOHN DAVIS, | ) | |
| | ) | Date:  May 20, 2016 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 19, 2016. Counsel for the parties request the date for judgment and sentencing be continued to May 20, 2016 at 9:00 a.m. The defense needs additional time to gather information relevant to defendant's sentencing.  Assistant U.S. Attorney Christiaan Highsmith and United States Probation have been advised of this request and have no objection.  The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                                  **5/20/16**

Reply, or Statement of Non-Opposition:                                           5/13/16

|  |  |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/6/16 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 4/29/16 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 4/22/16 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 4/8/16 |

IT IS SO STIPULATED.

Dated: December 22, 2015          /s/  John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  John Davis


Dated:  December 22, 2015         Benjamin B. Wagner
                                  United States Attorney

                              by: /s/  Christiaan Highsmith
                                  CHRISTIAAN HIGHSMITH
                                  Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge