John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
JOHN DAVIS

# UNITED STATES MAGISTRATE COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 062 GEB |
| Plaintiff, | STIPULATION AND ORDER SUBSTITUTING SURETY |
| vs. | Hon. Kendall J. Newman |
| JOHN DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between defendant John Davis, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Christiaan Highsmith, and Pretrial Services, Mr. Davis may substitute his Surety and modify the bond amount securing his (Mr. Davis') release.

Mr. Davis is out of custody on a $535,000 bond secured by $100,000 cash and real estate in Iowa. Ms. Christine Frank (the defendant's common law wife) "put up" both the cash and property. Mr. Davis and Ms. Frank are now estranged and Ms. Frank no longer wishes to be a Surety for Mr. Davis.

Don Steffens, a friend of Mr. Davis, has come forward and is willing to

sign an unsecured bond on behalf of Mr. Davis.  Pretrial Services is recommending Mr. Davis remain out of custody with a $200,000 unsecured bond.  Mr. Steffens is willing to sign such a bond on behalf of Mr. Davis.  Mr. Steffens has been vetted by Pretrial Services and has been determined to be a suitable Surety.

All other previously imposed conditions of release as to Mr. Davis remain unchanged and in effect.

IT IS SO STIPULATED.

Dated:  May 5, 2016                    /S/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       John Davis


Dated:  May 5, 2016                    /S/ Christiaan Highsmith
                                       CHRISTIAAN HIGHSMITH
                                       Assistant United States Attorney


IT IS SO ORDERED,

Dated:  May 9, 2016

                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

2