JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
John Davis

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. 2:15 CR 062 GEB
          Plaintiff,  )
v.  )  APPLICATION AND
    )  ORDER EXONERATING BOND
JOHN DAVIS,  )
          Defendant.  )

On May 9, 2016, a Stipulation and Order Substituting Surety was signed by the Court, ordering the $535,000 secured bond be replaced by a $200,000 unsecured bond provided by Don Steffens (this bond has been filed with the court, docket #48).   Previously, Christine Frank posted a $100,000.00 cash bond as well as a $435,000 property bond.  Accordingly, the surety (Christine Frank), for the defendant's initial bail bond is entitled to the release of the cash and property bonds, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey the bonds forthwith, and that the bonds be exonerated.

DATED:  May 17, 2016         /s/ John R. Manning
                                    Attorney for Defendant
                                    John Davis

IT IS SO ORDERED.
Dated:  May 17, 2016

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE