John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
JOHN DAVIS

**UNITED STATES MAGISTRATE COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 062 GEB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING DEFENDANT'S RELEASE CONDITIONS |
| vs. | |
| JOHN DAVIS, | Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between defendant John Davis, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Christiaan Highsmith, and Pretrial Services, Mr. Davis shall have no contact with Christine Frank, Louise C. Graham, William Stephens and Merylin Stephens (except through counsel or counsel's agent).

All other previously imposed conditions of release as to Mr. Davis remain unchanged and in effect.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated:  May 17, 2016 | /S/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>John Davis |
| Dated:  May 17, 2016 | /S/ Christiaan Highsmith<br>CHRISTIAAN HIGHSMITH<br>Assistant United States Attorney |

IT IS SO ORDERED,

Dated:  May 18, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE