John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
JOHN DAVIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DAVIS,<br><br>　　　　Defendant. | Case No.: 2:15 CR 062 GEB<br><br>Defendant's Motion to Modify Self-Surrender Date; Proposed Order<br><br>Date:　July 15, 2016<br>Time:　9:00 a.m<br>Judge:　Hon. Garland E. Burrell, Jr. |

　　　Counsel for defendant John Davis, John R. Manning, Esq., hereby respectfully asks the court to modify and extend Mr. Davis' self-surrender date from July 19, 2016, to October 18, 2016.

　　　Mr. Davis needs a substantial amount of dental work. Attached hereto as Exhibit A is a letter from Mr. Davis' dentist outlining the need for intervention on no less than five teeth, including both of his front teeth. Once in custody, the BOP is unlikely to authorize such costly procedures - leaving Mr. Davis no option but to have all five teeth eventually extracted. Absent the delay requested, Mr. Davis will literally leave prison, a toothless old man.

As the court is aware, Mr. Davis suffers from a constellation of serious medical problems (COPD, Cardiac issues, ect, ect). Mr. Davis initially sought treatment for these dental issues several weeks before sentencing, but his health, and the stress associated with his imploding marriage of 30 years and impending J&S made taking on an additional serious medical (dental) procedure(s) was too much for him.

The government opposes this request as it is the policy of the government to oppose all requests to extend a defendant's self-surrender date.

Dated: July 11, 2016            /s/ John R. Manning
                                John R. Manning
                                Attorney for
                                John Davis

### ORDER

Defendant John Davis's request to extend his self-surrender date from July 19, 2016 to October 18, 2016 is GRANTED and he shall surrender no later than 2:00 P.M. on that date.

Dated:  July 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge