McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN DAVIS,<br><br>                    Defendant. | CASE NO. 2:15-CR-0062 TLN<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant John Davis filed a motion for reduction in sentence and compassionate release on June 5, 2020. Docket No. 84. Under the Local Rules, a government response would normally be due on or about June 12, 2020. Since the defendant filed his motion, the United States has learned that the defendant may have been recommended for home confinement by June 30, 2020, pending approval and possible quarantine by the Bureau of Prisons. At this time, the government believes additional time to file its response will be more efficient for the Court because there will be more up-to-date information available early next week. The government respectfully requests additional time to confirm recent developments on the defendant's case before responding to the pending motion. Counsel for the defendant does not oppose this request.

1     2.    The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a)    The government's opposition or response to defendant's motion, Docket No. 84, be due on June 16, 2020; and

    b)    The defense reply, if any, will be due on June 19, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: June 11, 2020

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: June 11, 2020           /s/ Ann C. McClintock
ANN C. McCLINTOCK
Assistant Federal Defender
Counsel for Defendant Davis - authorized to sign for Ms. McClintock on June 11, 2020

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 84, is due on June 18, 2020;

    b)    The defense reply, if any, will be due on June 22, 2020.

IT IS SO ORDERED.

DATED: June 12, 2020

Troy L. Nunley
United States District Judge