UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN DAVIS,<br><br>        Defendant. | Case No.: 2:15-cr-00062-TLN<br><br>**ORDER** |

      Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant John Davis's ("Defendant") Request to Seal, it is HEREBY ORDERED that Defendant's Exhibits 1–4 and 9 to his Motion for Reduction in Sentence and Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) in this case shall be filed under seal until further order of the Court as it contains confidential medical and prison records.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing the Defendant's Exhibits 1–4 and 9 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling

1  interests identified by Defendant would be harmed.  In light of the public filing of his Notice to

2  Seal, the Court further finds that there are no additional alternatives to sealing Defendant's

3  Exhibits 1–4 and 9 that would adequately protect the compelling interests identified by Defendant.

　　　　IT IS SO ORDERED.

DATED:  June 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge