```
JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOHN DAVIS
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-15-0062 TLN |
| Plaintiff, | |
| v. | UNOPPOSED REQUEST AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |
| JOHN DAVIS, | |
| Defendant. | |

On June 23, 2020, the Honorable Troy L. Nunley, granted Mr. Davis' Motion for Compassionate Release (ECF No. 84) and modified Mr. Davis' sentence of imprisonment to time served, followed by the 36-month term of supervised release imposed in the previous sentence.

Mr. Davis, by and through his attorney, John R. Manning, hereby requests the conditions of his release be modified. Mr. Davis respectfully requests Special Condition of Release #8 (ECF No. 97, pg. 5) be modified from: *"The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale"* to *"the defendant shall refrain from excessive use of alcohol."* (ECF No. 97, pg. 4 Standard Conditions of Supervision #7)

Both Ms. Davis' supervising Probation Officer, Paul Mamaril, and Assistant United

States Attorney, Jason Hitt, have been consulted regarding this request and neither has an objection to this request.

Dated:  July 6, 2020                                          Respectfully submitted,


                                                /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                John Davis

**ORDER**

The Court, having received, read, and considered the unopposed request to modify defendant's conditions of release adopts the requested modification in its entirety as its order.

IT IS SO FOUND AND ORDERED

Dated:  July 7, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE